■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES KNOWLES, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the Supreme Court, Kings County, entered January 5, 1967, which denied the application after a hearing. Order affirmed. In our opinion, the Criminal Term properly confined the hearing to the sole question of pretrial publicity (*People* v. *Sepos*, 16 N Y 2d 662) and, as to that, appellant failed to demonstrate facts sufficient to warrant the granting of the relief sought (cf. *People* v. *Di Piazza*, 24 N Y 2d 342; compare *People* v. *Ryan*, 28 A D 2d 916, with *People* v. *Santana*, 31 A D 2d 904, revd. 25 N Y 2d 827). Christ, Acting P. J., Rabin, Hopkins, Munder and Latham, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. VISTINE LONDON, Respondent.— Order of the Supreme Court, Kings County, dated October 24, 1968, reversed, on the law, and motion to inspect Grand Jury minutes or, in the alternative, to dismiss indictment denied. We have examined the Grand Jury minutes and find that there is sufficient legal evidence to support the indictment for manslaughter in the first degree (Penal Law, § 125.20, subd. 1). Defenses involving justifiable or excusable homicide raise issues that do not affect the validity of an indictment which is otherwise supportable by minimal legal evidence (see *People* v. *Sandgren*, 302 N. Y. 331; *People* v. *Townsel*, 16 A D 2d 178). Christ, Acting P. J., Rabin, Hopkins, Munder and Brennan, JJ., concur.